EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Yolanda M. Stacholy Ramos | 2021 TSPR 144<br><br>208 DPR _____ |
|---|---|

Número del Caso:  TS-11,690


Fecha:  25 de octubre de 2021


Abogada de la parte peticionaria:

    Lcda. Daisy Calcaño López


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Yolanda M. Stacholy Ramos          TS-11,690

RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de octubre de 2021.

Examinada la *Solicitud de reconsideración* presentada el 19 de octubre de 2021, se provee ha lugar. En consecuencia, se reinstala a la Sra. Yolanda M. Stacholy Ramos al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo